U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>City of Chicago<br>v.<br>Federal Emergency Management Agency<br>and R. David Paulison, Administrator of the Federal Emergency Management Agency | Case Number:<br>**FILED: JULY 25, 2008**<br>**08CV4234**<br>**JUDGE NORGLE**<br>**MAGISTRATE JUDGE NOLAN**<br>**AEE** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print)<br>Esther E. Tryban Telser |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ *Esther E. Tryban Telser* |
| FIRM<br>City of Chicago; Department of Law |
| STREET ADDRESS<br>30 N. LaSalle; Room 900 |
| CITY/STATE/ZIP<br>Chicago< IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6202030 | TELEPHONE NUMBER<br>312-744-1846 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |