U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| City of Chicago v. Federal Emergency Management Agency and R. David Paulison, Administrator of the Federal Emergency Management Agency | FILED: JULY 25, 2008<br>08CV4234<br>JUDGE NORGLE<br>MAGISTRATE JUDGE NOLAN<br>AEE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| | |
|---|---|
| NAME (Type or print)<br>Amber Achilles Ritter | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ *[signature]* | |
| FIRM<br>City of Chicago; Department of Law | |
| STREET ADDRESS<br>30 N. LaSalle; Room 900 | |
| CITY/STATE/ZIP<br>Chicago< IL  60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6269304 | TELEPHONE NUMBER<br>312-744-5218 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |