## *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08CV4234                    Assigned/Issued By: J. N.

Judge Name:                               Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*   ☐ $350.00   ☐ $39.00   ☐ $5.00
               ☐ IFP       ☐ No Fee   ☐ Other _____
               ☐ $455.00

Number of Service Copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____            Receipt #: _____

Date Payment Rec'd: _____         Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                                ☐ Alias Summons
☐ Third Party Summons                    ☐ Lis Pendens
☐ Non Wage Garnishment Summons           ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons     _____
                                         _____
☐ Citation to Discover Assets            *(Victim, Against and $ Amount)*
☐ Writ _____              ☐ Other
      *(Type of Writ)*                   _____
                                         _____
                                         *(Type of issuance)*

 2   Original and  2   copies on  8-4-08    as to  R. DAVID PAULISON;
                                 *(Date)*
FEDERAL EMERGENCY MANAGEMENT AGENCY
_____