IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF CHICAGO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08 CV 4234 |
| ) | |
| FEDERAL EMERGENCY ) | Judge Norgle |
| MANAGEMENT AGENCY ) | |
| ) | Magistrate Judge Nolan |
| and ) | |
| ) | |
| R. DAVID PAULISON ) | |
| Administrator of the Federal ) | |
| Emergency Management Agency ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that, on August 5, 2008, service of the original Summons and copies of the Complaint filed by Plaintiff in this matter was made via certified mail upon the following, pursuant to Rule 4(i) of the Federal Rules of Civil Procedure:

Federal Emergency Management Agency
500 C Street, S.W.
Washington, DC  20472

R. David Paulison
Administrator of the Federal
  Emergency Management Agency
500 C Street, S.W.
Washington, DC  20472

I further certify that copies of the Summonses and the Complaint were mailed via certified mail to the following:

Michael B. Mukasey
Attorney General of the United States
U.S. Dept. of Justice

900 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001

Peter Fitzgerald
U.S. Attorney
Northern Dist. of Illinois
219 S. Dearborn; 5th Floor
Chicago, IL  60604

Civil-Process Clerk
U.S. Attorney's Office
Northern Dist. of Illinois
219 S. Dearborn; 5th Floor
Chicago, IL  60604

A copy of each of the original Summonses and a copy of the certified mail receipt for each recipient listed above is attached hereto.

_____
Esther E. Tryban Telser
Senior Counsel


City of Chicago; Dept. of Law
30 N. LaSalle; Room 900
Chicago, Illinois 60602
(312) 744-1846


Dated:  August 6, 2008

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CITY OF CHICAGO

                                    CASE NUMBER:    08 CV 4234

                V.                  ASSIGNED JUDGE:    Norgle

FEDERAL EMERGENCY MANAGEMENT
AGENCY and R. DAVID PAULISON, Administrator    DESIGNATED
of the Federal Emergency Management Agency     MAGISTRATE JUDGE:    Nolan

TO: (Name and address of Defendant)

R. David Paulison
Administrator of the Federal Emergency Management Agency
500 C. Street, S.W.
Washington, DC 20472

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Esther E. Tryban Telser and Amber Achilles Ritter
City of Chicago, Department of Law
30 N. LaSalle, Room 900
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____            8-4-08
(By) DEPUTY CLERK                          DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | August 6, 2008 |
| NAME OF SERVER *(PRINT)* Esther E. Tryban Telser | TITLE Senior Counsel |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 6, 2008       *Esther E. Tryban Telser*
                Date                          Signature of Server

30 N. LaSalle; Room 900; Chicago, IL 60602
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CITY OF CHICAGO

CASE NUMBER: 08 CV 4234

V.

ASSIGNED JUDGE: Norgle

FEDERAL EMERGENCY MANAGEMENT AGENCY and R. DAVID PAULISON, Administrator of the Federal Emergency Management Agency

DESIGNATED MAGISTRATE JUDGE: Nolan

TO: (Name and address of Defendant)

Federal Emergency Management Agency
500 C. Street, S.W.
Washington, DC 20472

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Esther E. Tryban Telser and Amber Achilles Ritter
City of Chicago; Department of Law
30 N. LaSalle; Room 900
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____    8-4-08
(By) DEPUTY CLERK            DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | August 6, 2008 |
| NAME OF SERVER (PRINT) Esther E. Tryban Telser | TITLE Senior Counsel |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  August 6, 2008            *Esther E. Tryban Telser*
                  Date                    Signature of Server

                                        30 N LaSalle; Room 900; Chicago, IL 60602
                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.78 |

Sent To: Peter Fitzgerald
Street, Apt. No.; or PO Box No.: 219 S. Dearborn
City, State, ZIP+4: Chgo IL 60604

PS Form 3800, June 2002　　See Reverse for Instructions

7004 2510 0007 5139 7542

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.75 |

Sent To: Federal Emergency MGMT
Street, Apt. No.; or PO Box No.: 500 C Street S.W.
City, State, ZIP+4: Washington DC 20472

PS Form 3800, June 2002　　See Reverse for Instructions

7004 2510 0007 5139 7511

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.75 |

Sent To: Civil Process Clerk
Street, Apt. No.; or PO Box No.: 219 S. Dearborn 5th FL
City, State, ZIP+4: Chicago, ILL 60604

PS Form 3800, June 2002　　See Reverse for Instructions

7004 2510 0007 5139 7559

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.75 |

Sent To: R. David Paulison
Street, Apt. No.; or PO Box No.: 500 C Street S.W
City, State, ZIP+4: Washington D.C. 20472

PS Form 3800, June 2002　　See Reverse for Instructions

7004 2510 0007 5139 7528

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.75 |

Sent To: Michael B. Mukasey
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave N.W
City, State, ZIP+4: Washington, DC 20530-0001

PS Form 3800, June 2002　　See Reverse for Instructions

7004 2510 0007 5139 7535